AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

Case Number: 08 Civ. 3362 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Y.E. and M.K., on behalf of M.E.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/24/2008 | _[signature]_ |
| Date | Signature |

| | |
|---|---|
| Gary S. Mayerson | GSM 8413 |
| Print Name | Bar Number |

330 West 38th Street - Suite 600
Address

| | | |
|---|---|---|
| New York | NY | 10018 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 265-7200 | (212) 265-1735 |
| Phone Number | Fax Number |