

# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

WWW.MAYERSLAW.COM

RECEIVED
MAY 6 2008
CHAMBERS OF
RICHARD J. HOLWELL

May 6, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7948

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

Re:   **Y.E. and M.K. o/b/o M.E. v. NYCDOE – 08 CV 3362 (RJH)**

Dear Judge Holwell:

We respectfully request an adjournment of the May 16, 2008 pre-trial conference. WE have contacted Jesse Levine, Esq., opposing counsel, and obtained his consent. This is the first adjournment request by either party. As this case is likely to be transferred to District Judge Denise Cote as part of a consolidation, we have no proposed adjournment dates at this time.

Thank you for your consideration of our request.

*[Handwritten: Application Granted. Conference adjourned to Jun 30, 2008 at 2:00 p.m. So Ordered. RJH 5/12/08 USDJ 5/12/08]*

Respectfully,

Gary S. Mayerson

Cc:   Jesse Levine, Esq. @ (212) 788-8877